**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 19, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00310-CV

## RICHARD  ALLEN, Appellant

## V.

## USAA GENERAL INDEMNITY COMPANY, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1182125**

## MEMORANDUM  OPINION

This is an appeal from an order signed April 13, 2023. On December 5, 2023, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate the case and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.